UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:19-03128
DIANA E. ORT : CHAPTER 13 PROCEEDING
 :
Debtor :

## MOTION TO REINSTATE CHAPTER 13 CASE

AND NOW comes the Debtor, Diana E. Ort, by and through her attorney, James H. Turner, Esquire and petitions this Honorable Court to reinstate the Chapter 13 proceeding and states the following:

1. Debtor filed a Chapter 13 Bankruptcy Petition on 7/23/19 to the above docket number.

2. The Debtor's case has been dismissed for failure to make timely Chapter 13 payments.

3. The Debtor, sent in the total amount of the arrearage which was received by the trustee on October 14, 2021 (copy of letter and check attached), however it was sent to the Hummelstown address. By copy of the letter, Trustee's office was sending it to Tennessee, which stated there would be a delay of 7 to 10 days.

4. Debtor would request to have her bankruptcy reinstated in order to continue with her payments.

NOW, THEREFORE, it is hereby requested that Debtor's Chapter 13 bankruptcy proceeding be reinstated.

Respectfully submitted,

Date: November 19, 2021

/s/ James H. Turner, Esquire
James H. Turner, Esquire
Turner and O'Connell
915 N Mountain Road, Suite D
Harrisburg, PA 17112

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:19-03128
DIANA E. ORT : CHAPTER 13 PROCEEDING
:
Debtor :

## CERTIFICATE OF SERVICE

On this 16th day of October, 2020 I, James H. Turner, hereby certify that I placed a true and correct copy of the foregoing Motion to Reinstate Chapter 13 Proceeding in the U.S. Mail, first class, postage prepaid or by e-mail to the following persons:

Charles J. DeHart, III
Chapter 13 Trustee
8125 Adams Drive
Suite A
Hummelstown, PA 17036

U.S. Trustee
PO Box 969
Harrisburg, PA 17108

/s/ James H. Turner, Esquire
James H. Turner, Esquire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:19-03128
DIANA E. ORT : CHAPTER 13 PROCEEDING
 :
 Debtor :

# ORDER

It is hereby ordered that the above-captioned Chapter 13 case be reinstated.

**JACK N. ZAHAROPOULOS**
STANDING CHAPTER 13 TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA
TELEPHONE (717) 566-6097
FAX (717) 566-8313
ljoyce@pamd13trustee.com

October 14, 2021

Dear Ms. Ort,

RE: Payment Submitted
Case number: 1-19-03128

**Your payment has been forwarded to Memphis**

X   You have sent your payments to the wrong address (Hummelstown). Your payment has been forwarded to Memphis. **Sending your payment to the wrong address delays the processing of your payment 7-10 business days.** Please make sure all future payments are sent to the Memphis address as follows with your name and complete case number listed above:

   Chapter 13 Trustee
   PO Box 6008
   Memphis, TN 38101-6008

Very truly yours,

/s/Liz Joyce

**M&T Bank**
Buffalo, NY 14240

**OFFICIAL CHECK**

20086148-7
10-4/220

Ronald Ort

REMITTER   JACK N ZAHAROPOULOS TRUSTEE
           CASE NO 1 19 03128 HWV

PAY TO THE ORDER OF

DATE 10/12/2021    $ 2,716.34

***TWO THOUSAND SEVEN HUNDRED SIXTEEN and 34/100***USDollars

#6118 - Paxton Street

TWO AUTHORIZED SIGNATURES REQUIRED FOR AMOUNTS $10,000.00 & OVER

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈200860148⑈ ⑆022000046⑆ 1700 20 199 2604 7⑈

Scanned with CamScanner